MARTIN COLE, Respondent, *v.* MATTHEW VAN KEUREN,
Appellant.

(Argued February 17, 1876; decided March 21, 1876.)

*S. L. Stebbins* for the appellant.

*William Lounsbery* for the respondent.

Agree to affirm.    No opinion.
All concur.
Judgment affirmed.